# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HENRY YOUNG,<br><br>      Petitioner,<br><br>vs.<br><br>DWIGHT W. NEVEN, *et al.,*<br><br>      Respondents. | 2:07-cv-01054-LRH-LRL<br><br>ORDER |

    Before the court is petitioner's motion for enlargement of time in which to file a response to respondents' motion to dismiss (docket #17). Good cause appearing,

    **IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including November 11, 2008, in which to file and serve a response to the motion to dismiss.

    DATED this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE