# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HENRY YOUNG, | |
| Petitioner, | 2:07-cv-01054-LRH-LRL |
| vs. | ORDER |
| DWIGHT W. NEVEN, *et al.,* | |
| Respondents. | |

Before the court is respondents' motion for enlargement of time in which to file a response to the petitioner's motion entitled "Judicial Notice" (docket #28). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including November 26, 2008, in which to file and serve a response to the motion for judicial notice.

DATED this 17th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE